AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Janus et Cie ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12 CV 7201(WHP) |
| Andrew Kahnke ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Andrew Kahnke

Date: 10/18/2012

/s/
*Attorney's signature*

Dennis J. Artese (DA1427)
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

dartese@andersonkill.com
*E-mail address*

(212) 278-1246
*Telephone number*

(212) 278-1733
*FAX number*