AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Janus et Cie | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12 CV 7201 (WHP) |
| Andrew Kahnke | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Andrew Kahnke

Date:   10/18/2012

/s/
*Attorney's signature*

Kathleen F. Donovan (KD6320)
*Printed name and bar number*

Anderson Kill & Olick P.C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

kdonovan@andersonkill.com
*E-mail address*

(212) 278-1190
*Telephone number*

(212) 278-1733
*FAX number*