AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| JANUS ET CIE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  12-CIV-7201-WHP |
| ANDREW KAHNKE, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Andrew Kahnke

Date:    10/18/2012

/s/ R. Mark Keenan
*Attorney's signature*

R. Mark Keenan (#131071)
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*Address*

mkeenan@andersonkill.com
*E-mail address*

(212) 278-1888
*Telephone number*

(212) 278-1733
*FAX number*