```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                :
JANUS ET CIE,                                                   :
                                                                :   12 Civ. 7201 (WHP)
                    Plaintiff,                                  :
                                                                :   <u>SCHEDULING ORDER</u>
        -against-                                               :
                                                                :
ANDREW KAHNKE,                                                  :
                                                                :
                                                                :
                    Defendant.                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on November 16, 2012, the following schedule is entered on consent:

        1. Defendant shall serve and file his Motion to Dismiss by November 30, 2012;

        2. Plaintiff shall serve and file its Opposition by December 14, 2012;

        3. Defendant shall serve and file his Reply by December 21, 2012;

        4. Oral argument will be heard on January 4, 2013 at 11:00 a.m.

Dated: November 16, 2012
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Gerard Schiano-Strain, Esq.
Jeffrey Daichman, Esq.
Kane Kessler, P.C.
1350 Avenue of the Americas, 26th Floor
New York, NY 10019
*Counsel for Plaintiff*

Robert Mark Keenan, Esq.
Kathleen S. Donovan, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Counsel for Defendant*