USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANUS ET CIE,

          Plaintiff,

-against-

ANDREW KAHNKE,

          Defendant.

12 cv 7201 ( WHP )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of **Stephen S. Smith**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **California**; and that his/her contact information is as follows (please print):

Applicant's Name: **Stephen S. Smith**

Firm Name: **Greenberg Glusker Fields Claman & Machtinger LLP**

Address: **1900 Avenue of the Stars, 21st Floor**

City / State / Zip: **Los Angeles, California 90067**

Telephone / Fax: **T: 310-553-3610  F: 310-553-0687**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **JANUS ET CIE** in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/16/12

                                                    United States District / Magistrate Judge