R. Mark Keenan
mkeenan@andersonkill.com
Dennis J. Artese
dartese@andersonkill.com
Kathleen F. Donovan
kdonovan@andersonkill.com
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 278-1000
Facsimile:  (212) 278-1733

Attorneys For Defendant
Andrew Kahnke

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANUS ET CIE,<br><br>                              Plaintiff,<br><br>     v.<br><br>ANDREW KAHNKE,<br><br>                              Defendant. | Civil Action No. 12-CIV-7201-WHP<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the points and authorities set forth in the

Memorandum of Law submitted herewith and the pleadings herein, defendant Andrew Kahnke will

move this Court before the Honorable William H. Pauley on January 4, 2013 at 11:00 a.m. for an

order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

nydocs1-996695.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Scheduling

Order, answering papers, if any, are to be served on or before December 14, 2012.

Dated:   New York, New York
         November 30, 2012

                                          **ANDERSON KILL & OLICK, P.C.**

                                          By: *s/ Dennis J. Artese*
                                                R. Mark Keenan
                                                    Dennis J. Artese
                                                    Kathleen F. Donovan
                                                    1251 Avenue of the Americas
                                                  New York, NY 10020
                                                  Tel:  (212) 278-1246
                                                  Fax:  (212) 278-1733

                                                  *Attorneys for Defendant*
                                                  *Andrew Kahnke*

nydocs1-996695.1